JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PICCARRETO,<br><br>    Plaintiffs,<br><br>v.<br><br>PRESSTEK, LLC,<br><br>    Defendant. | Case No. CV 16-1862 DMG (JCx)<br><br>**JUDGMENT** |

This matter having come before the Court for a jury trial on February 21, 2017 through February 24, 2017 and a subsequent court trial [Doc. ## 65, 66, 67], and the jury's verdict having been rendered on the jury trial [Doc. # 52] and this Court having filed its Findings of Fact and Conclusions of Law as to the court trial,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff John Piccarreto shall have and recover from Defendant Presstek, LLC the following amounts:

1. Damages for violation of Cal. Lab. Code § 970 and for intentional misrepresentation (comprised of $59,882.00 for economic damages and $25,000.00 for non-economic damages)     $ 84,882.00
2. Double damages pursuant to Cal. Lab. Code § 972     84,882.00
3. Vacation pay under Cal. Lab. Code § 227.3     463.03
4. Commissions and civil penalties under Cal. Lab. Code §§ 201, 203     8,972.06
5. Civil penalty under Cal. Lab. Code §§ 226, 226.3     250.00
6. Civil Penalties under the Private Attorney General Act California Labor Code Section 2698 *et seq.*     2,200.00

      For a total Judgment of     $181,649.09

DATED: August 24, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE